UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JIM BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 4:15-cv-00055-HLM |
| v. | ) | |
| | ) | JURY TRIAL |
| WALKER COUNTY SCHOOL DISTRICT, MR. DAMON RAINES in his official and individual capacities, MR. MIKE CARRUTH, in his official capacity, | ) ) ) ) ) | DEMANDED |
| Defendants. | ) | |

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Mr. Jim Barrett
Walker County School District
Mr. Damon Raines, Officially and in his individual capacity
Mr. Mike Carruth, Officially**

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Goodmark Law Firm
Law Offices of Gerald R. Weber**

The undersigned further certifies that the following is a full and

complete list of all persons serving as attorneys for the parties in this proceeding:

**Gerald R. Weber**
**Craig Goodmark**

This 30th day of March, 2015.

Respectfully submitted,

/s/ Craig Goodmark

Craig Goodmark
Georgia Bar No. 301428
Goodmark Law Firm
209 B Swanton Way
Decatur, Georgia 30030
Telephone: (404) 719-4848
cgoodmark@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served via electronic means the foregoing document upon all parties.

DATED: This the 30th day of March, 2015.

>/s/ Craig Goodmark
Craig Goodmark

Goodmark Law Firm
209 B Swanton Way
Decatur, Georgia 30030
Telephone: (404) 719-4848
cgoodmark@gmail.com