UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| JIM BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 4:15-cv-00055-HLM |
| v. | ) | |
| | ) | JURY TRIAL |
| WALKER COUNTY SCHOOL | ) | DEMANDED |
| DISTRICT, MR. DAMON RAINES in his | ) | |
| official and individual capacities, MR. | ) | |
| MIKE CARRUTH, in his official | ) | |
| capacity, | ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Mr. Jim Barrett**
**Walker County School District**
**Mr. Damon Raines, Officially and in his individual capacity**
**Mr. Mike Carruth, Officially**

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Goodmark Law Firm**
**Law Offices of Gerald R. Weber**

The undersigned further certifies that the following is a full and