**Law Offices of Gerald Weber**
**Post Office Box 5391**
**Atlanta, Georgia 31107-0391**
**404.522.0507**
[wgerryweber@gmail.com](mailto:wgerryweber@gmail.com)

BY ECF FILING

April 17, 2015

Deputy Clerk
United States District Court
75 Spring Street
Atlanta, Georgia 30303

    Re: *Barrett v. Walker County School District*, 4:15-cv-00055-HLM

Dear Deputy Clerk:

    Pursuant to Local Rule 83.1, the undersigned counsel requests a leave of absence in the above referenced case for travel, business and family matters for the period of:

GERALD R. WEBER:    June 3-12, 2015; July 16-24, 2015.

CRAIG GOODMARK:    July 10-18, 2015; August 7-12, 2015

No hearings are scheduled. Thank you for your attention to this matter.

                                                            Best wishes,

                                                            /s Gerald Weber

                                                            Gerald Weber
                                                            Georgia Bar No. 744878

cc:    All counsel by ECF Filing