IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| **JIM BARRETT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.:** |
| | ) | **4:15-CV-0055-HLM** |
| v. | ) | |
| | ) | |
| **WALKER COUNTY SCHOOL** | ) | |
| **DISTRICT, MR. DAMON RAINES in** | ) | |
| **his official and individual capacities,** | ) | |
| **MR. MIKE CARRUTH, in his official** | ) | |
| **Capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANTS' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW, the Walker County School District ("Defendants"), Damon Raines and Mike Carruth, Defendants in the above referenced law suit, and, through the undersigned attorneys, file their Cross Motion for Partial Summary Judgment, pursuant to the Federal Rules of Civil Procedure, including but not limited to Fed.R.Civ.P. 56, Local Rule 56.1 and 7.1, as well as applicable case law, requesting the dismissal of Plaintiff's injunctive relief claims against all Defendants based on a facial challenge to Policy BCBI and the official capacity claims against the individual Defendants, showing this Honorable Court that there is no genuine issue

1

of material fact as to these claims, as detailed in the Memorandum of Law in Support of Partial Summary Judgment, thereby asking this Honorable Court to dismiss the foregoing claims against the Defendants.

Respectfully submitted this 24th day of February, 2016.

        **GREGORY, DOYLE, CALHOUN & ROGERS, LLC**
        Attorneys for Defendant

        /s/ Randall C. Farmer
        Randall C. Farmer, Esq.
        Georgia Bar No. 255345
        William P. Miles
        Georgia Bar No. 505828
        49 Atlanta Street
        Marietta, GA  30060
        Tel:  (770) 422-1776

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| JIM BARRETT, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO.: |
| | ) 4:15-CV-0055-HLM |
| v. | ) |
| | ) |
| WALKER COUNTY SCHOOL | ) |
| DISTRICT, MR. DAMON RAINES in | ) |
| his official and individual capacities, | ) |
| MR. MIKE CARRUTH, in his official | ) |
| Capacity, | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2016, I served a copy of

DEFENDANTS' CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT

which will automatically send e-mail notification to:

Attorneys for Plaintiff:

Gerald Weber
Law Offices of Gerry Weber
P.O. Box 5391
Atlanta, GA 31107
wgerryweber@gmail.com

Craig Goodmark
Goodmark Law Firm
209 B. Swanton Way
Decatur, GA 30030
cgoodmark@gmail.com

GREGORY, DOYLE, CALHOUN & ROGERS, LLC
Attorneys for Defendant

s/ Randall C. Farmer
Randall C. Farmer
Georgia Bar No. 255345
William P. Miles
Georgia Bar No. 505828
49 Atlanta Street
Marietta, GA  30060
Tel:  (770) 422-1776
E-mail: rfarmer@gregorydoylefirm.com
           wmiles@gregorydoylefirm.com

2059887_1.docx