# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| **JIM BARRETT,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO.: |
| | ) 4:15-CV-0055-HLM |
| v. | ) |
| | ) |
| **WALKER COUNTY SCHOOL** | ) |
| **DISTRICT, MR. DAMON RAINES** in | ) |
| his official and individual capacities, | ) |
| **MR. MIKE CARRUTH,** in his official | ) |
| Capacity, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF JANET COBB

BEFORE ME the undersigned authority duly authorized to administer oaths and take acknowledgements, personally appeared Janet Cobb, who being first duly sworn and deposes and says that:

1.

My name is Janet Cobb and I am employed as the Administrative Assistant to the Superintendent for the Walker County School District.

2.

I am over the age of 18 years.

3.

I have first-hand knowledge of the facts contained in this Affidavit.


EXHIBIT A

4.

On February 11, 2015, I received in the U.S. mail a letter from Jim Barrett. I retained both the letter and the envelop.

5.

I stamped the received date reflected on the letter.

6.

Exhibit A to the affidavit is a true and correct copy of the envelope and letter that I received.

FURTHER AFFIANT SAYETH NOT.

_____
Janet Cobb

Sworn to and subscribed before me
this 17 day of February, 2016.

_Stephani Barnett_
NOTARY PUBLIC
My commission expires: February 26, 2016

[Notary Seal: STEPHANIE BARNETT, NOTARY PUBLIC, WALKER COUNTY, GEORGIA, EXPIRES February 26, 2016]

2056751_1

FEB 11 2015

Superintendent Damon Raines
PO Box 29
201 S. Duke Street
LaFayette, GA 30728

Dear Superintendent Raines:

My name is Dr. Jim Barrett. My address is 156 Thistlewood Drive, Ringgold, GA 30736. I am President of the Walker County Association of Educators.

Pursuant to Walker County Board of Education Policy BCBI, please accept this letter as my written request to speak at the February 16, 2015 regular meeting of the Walker County Board of Education. The purpose of this request is to raise concerns related to:

1. The School District's decision to switch to the Standards Based Grading policy/procedure and whether proper input was obtained from the stakeholders.

2. The School District's Strategic Plan and the underrepresentation of teachers in the development of goals for the plan.

3. The School District Administration's philosophy and policy on student tardies, absences, and attendance in general, and the consistent application of the policy across buildings?

4. The fact that some teachers have been told it is not possible to receive a "4" in their first TKEYS formal evaluations?

In keeping with Board policy, I submitted my concerns to you, in writing, during our face-to-face meeting on January 28, 2015. You investigated my concerns and returned to me your written findings on February 9, 2015 at 4pm. As I am unsatisfied with those findings, I "still desire to be heard by the Board" at their next meeting.

While I object to the timing requirements of the Board Policy, and the late timing of the Superintendent's response, I appreciate you placing my name on the public agenda for the February 16, 2015 meeting.

Sincerely,

Jim Barrett

Dr. Jim Barrett



Jim Barrett, President
Walker County Assoc. of Educators
156 Thistlewood Drive
Ringgold, Georgia 30736


CHATTANOOGA
TN 374 1 L
10 FEB 2015  PM

Superintendent Damon Raines
P.O. Box 29
201 South Duke Street
LaFayette, Georgia 30728